FILED

2015 SEP -3  AM 11: 45

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *TM*                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.  98CR3829-CAB |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |
| KARLA TORRES (2), | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against KARLA TORRES be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 9/3/15

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Court